

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00175-CV

**IN THE INTEREST OF C.O.** et al., Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01646
Honorable Richard Garcia, Judge Presiding

## O R D E R

On July 28, 2017, we ordered this appeal abated to the referring court for a de novo hearing. A de novo hearing took place on August 24, 2017 before Judge Peter Sakai. At this time, both the clerk's record and reporter's record relating to the de novo hearing have been filed. We therefore order appellant to file his appellant's brief in this court on or before **December 4, 2017**.

It is so ORDERED on this 14th day of November, 2017.

                                                              **PER CURIAM**

ATTESTED TO: _____
                        Keith E. Hottle,
                        Clerk of Court